96 A.3d 1022

**Marvin CRUMP, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA, Respondent.**

**No. 56 EM 2014.**

Supreme Court of Pennsylvania.

July 24, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**